IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTHCARE OF TEXAS, INC.<br><br>Plaintiffs,<br><br>VS.<br><br>AMBULATORY HEALTH SYSTEMS, LLC and PARAGON OFFICE SERVICES, LLC<br><br>Defendants. | §§§§§§§§§§§§§§ Case No. 4:12cv535 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Ambulatory Health Systems, LLC and Paragon Office Services, LLC's Motion to Dismiss (Dkt. 7) be DENIED.

The court has made a *de novo* review of the Defendants' objections, as well as Plaintiffs' response, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendants Ambulatory Health Systems, LLC and Paragon Office Services, LLC's Motion to Dismiss (Dkt. 7) is DENIED and the case shall proceed until further order of the court.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of September, 2013.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE