**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TEXAS, INC.,** § § § § | | |
| **Plaintiffs,** § § | | |
| vs. § § § | **CIVIL ACTION NO. 4:12-cv-00535** | |
| **AMBULATORY HEALTH SYSTEMS, LLC, AND PARAGON OFFICE SERVICES, LLC,** § § § § § | | |
| **Defendants.** § | | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Connecticut General Life Insurance Company, CIGNA Healthcare of Texas, Inc., and Great West Healthcare n/k/a CIGNA Healthcare of Texas, Inc. ("Plaintiffs") and Defendants Ambulatory Health Systems, LLC, and Paragon Office Services, LLC ("Defendants") (collectively, the "Parties") reached an agreement to resolve all claims asserted by any party in this action. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs and Defendants hereby stipulate to and move the Court to dismiss all claims asserted in this action with prejudice.

Each party shall be responsible for its own attorneys' fees and expenses. Costs shall be taxed against the party incurring same.

Respectfully Submitted,

| | |
|---|---|
| By:   */s/ Eliot T. Burriss* | By:   */s/ Martin E. Rose* |

<table>
<tr><td>

Eliot T. Burriss
Texas Bar No. 24040611
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 – telephone
(214) 743-4545 – facsimile

Brian H. Benjet
Texas Bar No. 00787068
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
(215) 656-3311 – telephone
(215) 606-2044 – facsimile

**COUNSEL FOR PLAINTIFFS
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY and CIGNA
HEALTHCARE OF TEXAS, INC.**

</td><td>

Martin E. Rose
Texas Bar No. 17253100
Rose Walker, L.L.P.
3500 Maple Ave., Suite 900
Dallas, Texas 75219
214.752.8600
Facsimile 214.752.8700

**COUNSEL FOR DEFENDANTS
AMBULATORY HEALTH SYSTEMS,
LLC ANDs PARAGON OFFICE
SERVICES, LLC**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 14th of August, 2015, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system.

                                                   /s/ *Eliot T. Burriss*
                                                   Eliot T. Burriss