IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TEXAS, INC., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § § | CIVIL ACTION NO. 4:12-cv-00535 |
| AMBULATORY HEALTH SYSTEMS, LLC, AND PARAGON OFFICE SERVICES, LLC, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Connecticut General Life Insurance Company, CIGNA Healthcare of Texas, Inc., and Great West Healthcare n/k/a CIGNA Healthcare of Texas, Inc. and Defendants Ambulatory Health Systems, LLC, and Paragon Office Services, LLC (collectively, the "Parties") filed an Agreed Motion to Dismiss with Prejudice (the "Motion"). Having considered the Motion [de#74], the court finds that it should be and is hereby GRANTED.

The court hereby dismisses all claims asserted in this action with prejudice. All costs of court and attorneys' fee are assessed against the Party who incurred the same. This is a final order of the court.

IT IS SO ORDERED.

**SIGNED this the 18th day of August, 2015.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE